[None]

## JOSEPH CAMPAU
v.
## HENRY CONNER

1811

JOURNAL ENTRIES

1. Judgment . . . . . . . . . . . *Journal, infra,* *p. 354

PAPERS IN S. C. FILE

[None]

PAPERS IN D. C. FILE

1. Capias and return . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . .
3. Promissory note (in French) . . . . . . . . .